■ JOYCE F. LUCEY, Respondent, v PATRICK G. LUCEY, Appellant. (Appeal No. 2.)—Appeal dismissed as moot. Same memorandum as in *Lucey v Lucey* (60 AD2d 757). (Appeal from order of Erie Supreme Court—modify decree.) Present—Marsh, P. J., Dillon, Hancock, Jr., Denman and Witmer, JJ.